AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00423 |
| Christopher Warnagiris | ) Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign Date: 5/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*                                            *Offense Description*

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employee,

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,

18 U.S.C. § 1752(a) & (b) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Steven A. Weatherhead, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___05/12/2021___

*Judge's signature*

City and state:        Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*