# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.  Criminal Number  1:21-mj-00423

Christopher Warnagiris

(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Marina Medvin, DC Bar #995966
*(Attorney & Bar ID Number)*

MEDVIN LAW PLC
*(Firm Name)*

916 Prince St, Ste 109
*(Street Address)*

Alexandria, VA 22314
*(City)   (State)   (Zip)*

888-886-4127
*(Telephone Number)*