UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No.: 21-cr-382 PLF** |
| : | |
| **CHRISTOPHER WARNAGIRIS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act and Motion to Continue Status Hearing, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged by Indictment with various offenses, including three felony offenses, related to crimes that occurred at the United States Capitol on January 6, 2021. Since this Court's Status Hearing, the United States has continued to provide discovery to Defendants and expects additional disclosures in the future. The parties have also very recently begun plea negotiations. Thus, Defendant needs additional time to review discovery and to engage in more meaningful plea discussions to determine how he wishes to resolve this case. Accordingly, the United States filed its unopposed motion to continue the status hearing set for May 20, 2022 for 90 days, and further requested that this Court toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Hearing.

The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

Therefore, it is this _____ day of _____, 2022,

**ORDERED** that the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act and Motion to Continue Status Hearing, is GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2022, at _____ _____; and it is further

**ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
PAUL L. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE