UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0382 (PLF) |
| ) | |
| CHRISTOPHER WARNAGIRIS, ) | |
| ) | |
| Defendant. ) | |

ORDER

On May 13, 2021, Magistrate Ivan D. Davis of the U.S. District Court for the Eastern District of Virginia ordered the defendant Christopher Warnagiris released on personal recognizance, subject to conditions. See Order Setting Conditions of Release ("the Order"), United States v. Warnagiris, 21-mj-0167 [Dkt. No. 3]. On June 29, 2021, after an arraignment and status conference before the undersigned, this Court modified Mr. Warnagiris' conditions of supervised release by amending subparts 7(f) and 7(g) of the Order. See Order ("Modification Order") [Dkt. No. 10] at 1. Subpart 7(f) of the Order was amended to read as follows: "The defendant must . . . abide by the following restrictions on personal association, residence, or travel: Do not depart the Eastern District of Virginia or the Western District of Virginia without prior approval of Pretrial Services or the Court; do not enter the District of Columbia except for any Court appearances or with prior approval of Pretrial Services or the Court." Id. at 1. Subpart 7(g) was revised by striking the phrase "co-defendant," so to read as follows: "The defendant must . . . avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: No contact with any potential witness or victim for the charged offense unless in the presence of counsel." Id. at 2.

Before the Court is Mr. Warnagiris' Unopposed Motion to Temporarily Modify Conditions of Release ("Def. Mot.") [Dkt. No. 33]. Mr. Warnagiris "requests a modification to his conditions of pretrial release to travel to, and live in, the Middle District of Pennsylvania, where Mr. Warnagiris plans to reside beginning September 1, 2022, and to be able to travel to the Western District of Pennsylvania, where his family resides and where he will require consistent travel." Def. Mot. at 1. Mr. Warnagiris has had no violations and is in compliance with all conditions of release. See Pretrial Compliance Report [Dkt. No. 30] at 2. The government does not oppose this motion. Def. Mot. at 2. Mr. Warnagiris is currently being supervised by the Pretrial Services Agency for the District of Columbia ("Pretrial Services"). Pretrial Services has been apprised of Mr. Warnagiris' request to modify conditions of release and takes no position on this matter. Pretrial Services will retain supervision of Mr. Warnagiris if the motion is granted. The Court concludes that this modification is reasonable. Accordingly, it is hereby

ORDERED that Mr. Warnagiris' Unopposed Motion to Temporarily Modify Conditions of Release [Dkt. No. 33] is GRANTED; it is

FURTHER ORDERED that subpart 7(f) of the Order, as amended by the Modification Order, is VACATED; it is

FURTHER ORDERED that subpart 7(f) of the Order is amended so that it reads as follows: "The defendant must . . . abide by the following restrictions on personal association, residence, or travel: Do not depart the Middle District of Pennsylvania or the Western District of Pennsylvania without prior approval of Pretrial Services or the Court; do not enter the District of Columbia except for any Court appearances or with prior approval of Pretrial Services or the Court."; and it is

2

FURTHER ORDERED that all other conditions set on May 13, 2021, as amended by the Modification Order on June 29, 2021, shall remain in full force and effect.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 31, 2022