UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-382 (PLF) |
| | : | |
| CHRISTOPHER WARNAGRIS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney (AUSA) Rebekah Lederer will appear, in the above captioned case, as co-counsel on behalf of the government along with AUSA Jennifer Rozzoni.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Jennifer Rozzoni
NM Bar No. 14703
Assistant United States Attorney (Detailee)

By:   /s/ REBEKAH LEDERER
      Rebekah Lederer
      Pennsylvania Bar No. 320922
      Assistant United States Attorney
      U.S Attorney's Office for District of Columbia
      601 D St. N.W, Washington, DC 20530
      Tel. No. (202) 252-7012
      Email: rebekah.lederer@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 22nd day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ REBEKAH LEDERER*