UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-382 (PLF) |
| : | |
| CHRISTOPHER WARNAGIRIS, : | |
| Defendant. : | |
| : | |
| : | |

**OPPOSITION TO DEFENDANT'S MOTION TO STAY CASE**

On November 18, 2022, defendant Christopher Warnagiris moved to stay (ECF No. 38) this criminal case pending the U.S. Court of Appeals' decision on the government's June 22, 2022 interlocutory appeal of Judge Carl J. Nichols' decision to dismiss the 18 U.S.C. § 1512(c)(2) charge in *United States v. Miller*, No. 1:21-CR-00119 (CJN), 2022 WL 823070 (D.D.C. Mar. 7, 2022), *reconsideration denied*, No. 1:21-CR-00119 (CJN), 2022 WL 1718984 (D.D.C. May 27, 2022), *appeal filed* No. 22-3041 (D.C. Cir.).

The government opposes staying this case.

First, there is no timetable for resolution of the *Miller* appeal; while briefing is now complete and oral argument is set for December 12, 2022, there is no particular time in which the D.C. Circuit is required to issue its opinion. Second, the pending *Miller* appeal is not dispositive of this entire case; it presents a legal question about only one of the nine counts (and one of three felonies) charged against the defendant here. Third, should the D.C. Circuit hold that Section 1512(c)(2) may not be applied to the alleged conduct at issue here, this Court or the D.C. Circuit could address that issue at some later point in this case. Fourth and finally, on August 2, 2022, Judge Christopher R. Cooper considered and denied a similar defense request in *U.S. v. Bacon*, 21-cr-0488-CRC, stating his reasoning in full:

MINUTE ORDER denying 44 Defendant's Motion to Continue Trial and Exclude Time Under the Speedy Trial Act. The Court is set to hold trial in this matter on October 17, 2022. The Defendant has moved for a continuance on the ground that a legal issue presented in his 43 Motion to Dismiss Count Six of the Indictment is currently pending on appeal before the D.C. Circuit. The Court denies the motion. The operative indictment charges Mr. Bacon with six counts. All six are based on the same factual predicate—Mr. Bacon's alleged conduct at the U.S. Capitol on January 6, 2021. The pending D.C. Circuit appeal presents a purely legal question about only one of the counts—Obstruction of an Official Proceeding and Aiding and Abetting the Obstruction of an Official Proceeding, in violation of 18 U.S.C. sections 1512(c)(2) and 2. Should the D.C. Circuit agree with Mr. Bacon that Section 1512 may not be applied to the alleged conduct at issue here, the Court— or the D.C. Circuit on direct appeal in the event of a conviction following trial— could address that issue later. But that possibility presents neither a need nor a reason to otherwise postpone trial on this matter. Accordingly, the Court finds that a continuance will not conserve judicial resources and is not in the best interest of the parties or the Court. So Ordered by Judge Christopher R. Cooper on 8/2/2022. (lccrc2) (Entered: 08/02/2022)

In sum, to stay a prosecution for what is currently an indefinite period of time requires a compelling justification, which is not present here.[1] The Court should deny the defendant's motion to stay this case.

>                         Respectfully submitted,
>
>                         MATTHEW M. GRAVES
>                         UNITED STATES ATTORNEY
>                         D.C. Bar Number 481052
>
>
> By:    /s/ Rebekah E. Lederer
>                         Rebekah Lederer
>                         Pennsylvania Bar No. 320922
>                         Assistant United States Attorney
>                         U.S Attorney's Office for District of Columbia
>                         601 D St. N.W, Washington, DC 20530

---

[1] The undersigned is not aware of any Judge who has granted a stay pending the D.C. Circuit's decision in *Miller*, except for Judge Nichols in *United States v. Bisignano*, 21-cr-036-CJN (July 12, 2022).  In that case, the defendant had previously pled guilty to Section 1512(c)(2) and other counts on August 4, 2021.  Following Judge Nichols' subsequent opinion in *Miller*, the defendant moved to withdraw her guilty plea (also before Judge Nichols) based on a claim of actual innocence.  Under those unique circumstances, which are not present here, Judge Nichols stayed the case pending the *Miller* appeal.

        Tel. No. (202) 252-7012
        Email: rebekah.lederer@usdoj.gov

By: */s/ Jennifer Rozzoni*

   JENNIFER M. ROZZONI
   NM Bar No. 14703
   Assistant United States Attorney - Detailee
   United States Attorney's Office
   203 3rd Street, Suite 900
   Albuquerque, New Mexico 87102
   Tel. No. 505-350-6818
   Email: jennifer.m.rozzoni@usdoj.gov

CERTIFICATE OF SERVICE

On this 29th day of November, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:   /s/ Rebekah Lederer
Rebekah Lederer
Assistant United States Attorney

/s/ Jennifer Rozzoni
Jennifer Rozzoni
Assistant United States Attorney