UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Case No.: 21-cr-382 (PLF) |
| : | |
| CHRISTOPHER WARNAGIRIS,  : | |
| : | |
| **Defendant.**  : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S PETITION TO DISCLOSE GRAND JURY MATERIALS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits that this Court should deny Defendant Warnagiris' motion to disclose grand jury material. The motion is moot as the government has provided grand jury transcripts and exhibits to Defendant.

Defendant Warnagiris was indicted on June 2, 2021. ECF No. 8. The transcript from this indictment has been provided to Defense. On December 1, 2021, a superseding indictment was filed which fixed language to Counts Four, Five, and Six. ECF No.25. That correction required additional evidence, not related to the assault, and the transcript has been provided to defense. On March 22, 2023, a second superseding indictment was filed which corrected language in Count Three. ECF No. 49. No new evidence was needed therefore there is no transcript. All transcripts have now been provided to the Defendant.

Defendant mistakenly asserts that a "year and a half later, the Government has yet to provide any Grand Jury materials to the defendant." ECF No. 56 at 1. On July 28, 2021, the government produced discovery to Defense and memorialized this production in an itemized letter titled Volume 1. On December 3, 2021, the government produced more discovery, again

1

memorializing this production in an itemized letter titled Volume 2. These productions contained the evidence used during the original indicting grand jury presentment. The government has identified, for defense counsel, which grand jury exhibits correspond with the discovery from Volumes 1 and 2. The production of Volume 1 also contained materials returned pursuant to investigating grand jury subpoenas. Accordingly, the government has continuously produced grand jury material in this matter since July of 2021.

## Conclusion

The government respectfully requests Defense's motion be denied as moot. The government provided grand jury material to the Defendant in 2021 and has provided the transcripts.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Rebekah E. Lederer
Rebekah E. Lederer
Pennsylvania Bar No. 320922
Assistant United States Attorney
U.S Attorney's Office for District of Columbia
601 D St. N.W, Washington, DC 20530
Tel. No. (202) 252-7012
Email: rebekah.lederer@usdoj.gov