UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER WARNAGIRIS, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0382 (PLF) |

SCHEDULING ORDER

On May 1, 2023, the Court scheduled a bench trial in this case to begin on November 8, 2023 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

It is hereby

ORDERED that pretrial proceedings will be governed by the following schedule:

| Date | Description |
|---|---|
| September 18, 2023 | The parties shall file any Daubert motions and motions in limine. |
| October 2, 2023 | The parties shall file oppositions to Daubert motions and motions in limine. |
| October 7, 2023 | The parties shall exchange trial exhibit lists. |
| October 10, 2023 | The parties shall file replies in support of Daubert motions and motions in limine. |
| October 16, 2023, at 10:00 a.m., via Zoom video teleconference | The Court will hear oral argument on all motions in limine and Daubert motions. |

| October 24, 2023 | The parties shall file all objections to trial exhibits and exchange trial witness lists. |
| --- | --- |
| October 31, 2023, at 10:00 a.m. | The final pretrial conference will take place in Courtroom 29. |
| November 8, 2023, at 10:00 a.m. | Trial will commence in Courtroom 29 with opening statements and will continue each weekday at 10:00 a.m. until concluded. |

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8/4/23