## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) **v.** ) ) **CHRISTOPHER WARNAGIRIS** ) ) Defendant. ) ) | Criminal Case No: 1:21-cr-0382-PLF  Trial: November 8, 2023 |

### NOTICE

The defendant hereby submits courtesy notice to the District Court that on August 30, 2023, he filed an Amicus Curiae Brief in the United States Supreme Court in support of Petitioners seeking *certiorari* to the D.C. Circuit Court decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023).

Titled, "Brief Of Amici Curiae Christopher Warnagiris, Christopher Carnell, And William Robert Norwood, III In Support Of Petitioners," the defendant's brief was properly served and filed in the following cases:

1) *United States v. Edward Jacob Lang*, 64 F.4th 329 (D.C. Cir. 2023), *petition for cert. filed*, (U.S. Jul. 7, 2023)(No. 23-32), and,

2) *United States v. Garret Miller*, 64 F.4th 329 (D.C. Cir. 2023), *petition for cert. filed*, (U.S. Aug. 1, 2023)(No. 23-94).

A true and accurate copy of the Amicus Curiae Brief is attached to this notice.

Respectfully submitted,

By Counsel:

_____/s/_____
MARINA MEDVIN, ESQ.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

    I hereby certify that on August 30, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.