# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-382 (PLF) |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S SUPPLEMENTAL MOTION FOR *BRADY* MATERIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendant's supplemental motion for *Brady* material. The defendant's motion is based on a fundamental misunderstanding of the law, specifically a belief that "[t]he Government has a *duty* to learn what their agents, the individuals operating the face-trace tools, can provide about" a police officer witness. ECF No. 80 at 2 (emphasis added). Unsurprisingly, the defendant cites no case law or statute to support this claim because none exists. The government has no such duty to conduct investigation; the government is only obligated—by Fed. R. Crim. P. 16 and *Brady*—to turn over to the defendant materials in its possession. *See* ECF No. 73 (discussing the legal standard for the government's discovery obligations). The government has already done so.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   */s/ REBEKAH LEDERER*
Rebekah Lederer
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D Street NW, Washington, DC 20530

Tel. No.: (202) 252-7012
Email: rebekah.lederer@usdoj.gov

*/s/ ANDREW HAAG*
Andrew Haag
Assistant United States Attorney
MA Bar No. 705425
601 D Street NW, Washington, DC 20530
Tel. No.: (202) 252-7755
Email: andrew.haag@usdoj.gov