UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-cr-382 (PLF) |
| v. | : | |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Aliya Khalidi is entering her appearance as co-counsel in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Aliya Khalidi
Aliya Khalidi
Assistant United States Attorney
MA Bar No. 682400
601 D Street NW, Washington, DC 20530
aliya.khalidi@usdoj.gov
202-252-2410

## **CERTIFICATE OF SERVICE**

On this 11th day of October 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Aliya Khalidi*
Aliya Khalidi
Assistant United States Attorney