# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-cr-382 (PLF) |
| v. | : | |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO WITHDRAW APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that the prior notice of appearance of Assistant United States Attorney Aliya Khalidi, ECF No. 84, was filed in error and moves that her appearance be withdrawn.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/ Aliya Khalidi*
    Aliya Khalidi
    Assistant United States Attorney
    MA Bar No. 682400
    601 D Street NW, Washington, DC 20530
    Aliya.khalidi@usdoj.gov
    202-252-2410