**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:21-cr-382-PLF** |
| **v.** | : | |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| **Defendant.** | : | |

## BILL OF PARTICULARS

The United States of America, by and through its undersigned counsel, hereby files this Bill of Particulars. This Bill is filed in response to the Court's order of October 19, 2023. *See* ECF No. 87.

1.      In Count One, the defendant is charged with civil disorder, in violation of 18 U.S.C. § 231(a)(3). The Court has ordered the government to detail the federally protected function at issue. There are three federally protected functions implicated by this case: (1) the United States Capitol Police officer's duty to protect the United States Capitol building and grounds; (2) the United States Capitol Police officer's duty to protect Congress, and specifically the Joint Session; and (3) the United States Secret Service's duty to protect Vice President Mike Pence, his wife, and his daughter.

2.      In Count Three, the defendant is charged with assaulting, resisting, or impeding certain officers, in violation of 18 U.S.C. § 111(a)(1). This Count charges the defendant with physical contact with the victim—the same U.S. Capitol Police officer described above—and the intent to commit another felony. The Court has ordered the government to identify the "other felony" which the defendant intended to commit. The other felonies are civil disorder (as charged in Count One) and obstruction of an official proceeding (as charged in Count Three).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:      */s/ REBEKAH LEDERER*
          Rebekah Lederer
          Assistant United States Attorney
          Pennsylvania Bar No. 320922
          601 D St. N.W, Washington, DC 20530
          (202) 252-7012
          rebekah.lederer@usdoj.gov

          */s/ ANDREW HAAG*
          Andrew Haag
          Assistant United States Attorney
          MA Bar No. 705425
          601 D Street NW, Washington, DC 20530
          202-252-7755
          andrew.haag@usdoj.gov