UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-382 (PLF) |
| : | |
| CHRISTOPHER WARNAGIRIS, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2023 Minute Order, the parties have met and conferred, and propose the following dates for a pretrial schedule:

| Date | Description |
|---|---|
| November 30, 2023 | The government shall file any opposition to the defendant's outstanding pretrial motions and its response to the Court's questions in the October 24, 2023 Order, ECF No. 91. |
| December 15, 2023 | The defendant shall file any reply in support of his pretrial motions. The parties shall file any objections to the Court's proposed bench instructions, as described in ECF No. 91 at 3-4. |
| December 20, 2023 | Final pretrial conference. |
| January 22, 2024 at 10:00 a.m. | Trial will commence. |

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY |
| For the Defendant, | D.C. Bar Number 481052 |
| */s/ Marina Medvin*<br>Marina Medvin, Esq.<br>MEDVIN LAW PLC<br>916 Prince Street<br>Alexandria, Virginia 22314<br>Tel: 888.886.4127<br>Email: contact@medvinlaw.com | By:   */s/ ANDREW HAAG*<br>Andrew Haag<br>Assistant United States Attorney<br>MA Bar No. 705425<br>601 D Street NW, Washington, DC 20530<br>Tel. No.: (202) 252-7755<br>Email: andrew.haag@usdoj.gov<br><br>*/s/ REBEKAH LEDERER*<br>Rebekah Lederer<br>Assistant United States Attorney<br>Pennsylvania Bar No. 320922<br>601 D St. N.W, Washington, DC 20530<br>Tel. No.: (202) 252-7012<br>Email: rebekah.lederer@usdoj.gov |