UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL CASE NO: 1:21-CR-0382-PLF |
| ) | |
| CHRISTOPHER WARNAGIRIS, ) | TRIAL: JANUARY 22, 2024 |
| ) | |
| DEFENDANT. ) | |

**ERRATA**

Counsel for defendant Christopher Warnagiris respectfully submits the following errata: yesterday, on December 14, 2023, defense counsel filed a Motion to Continue or Stay the trial date, ECF No. 103, in which undersigned counsel noted on Page 2 that Mr. Warnagiris has been compliant with his pretrial conditions *for over a year and a half*, since May of 2021. A correction to the inadvertent time miscalculation must be noted for the court and for the record — Mr. Warnagiris has been on pretrial release for **two and a half years, not one and a half**.

Undersigned counsel apologizes for the time computation error.

Date: December 15, 2023

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.



*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

### **CERTIFICATE OF SERVICE FOR CM/ECF**

    I hereby certify that on December 15, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                              /s/
                         Marina Medvin, Esq.