**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-382 (PLF) |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America and Defendant Christopher Warnagiris, by and through his counsel, (collectively, "the parties"), respectfully and jointly submit this status report at the Court's request.

On December 14, 2023, Defendant Warnagiris filed a motion to stay (ECF No. 103) which the government opposed (ECF No. 104). On December 21, 2023, the Court issued a Minute Order vacating the January 22, 2024 bench trial due to scheduling issues. The Court further ordered the parties to submit a joint status report with proposed trial dates in April, May, and June of 2024 by January 16, 2024

Accordingly, the parties jointly and respectfully submit their availability during the following time periods:

- April 1-5
- April 9-10
- May 20-30
- June 17-19
- July 15-26

Under the Speedy Trial Act, 18 USC 3161, the parties jointly request that the Court should exclude the time until the new trial date. An ends-of-justice exclusion under 18 U.S.C. 3161(h)(7)(A) is

appropriate for reasons including the complexity of the issues and had and adequate time for effective preparation. 18 U.S.C. 3161(h)(7)(B)(ii) and (iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY |
| For the Defendant, | D.C. Bar Number 481052 |

For the Defendant,

*/s/ Marina Medvin*  
Marina Medvin, Esq.  
MEDVIN LAW PLC  
916 Prince Street  
Alexandria, Virginia 22314  
Tel: 888.886.4127  
Email: contact@medvinlaw.com

By:  */s/ REBEKAH LEDERER*  
Rebekah Lederer  
Assistant United States Attorney  
PA Bar No. 320922  
601 D Street NW, Washington, DC 20530  
Tel. No.: (202) 252-7012  
Email: rebekah.lederer@usdoj.gov

*/s/ ANDREW HAAG*  
Andrew Haag  
Assistant United States Attorney  
MA Bar No. 705425  
601 D Street NW, Washington, DC 20530  
Tel. No.: (202) 252-7755  
Email: andrew.haag@usdoj.gov

3