UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 1:21-cr-382 (PLF) |
| : | |
| **CHRISTOPHER WARNAGIRIS,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendant's proposed bench instruction for the offenses under 18 U.S.C. § 1752 as stated in his notice of supplemental authority. *See* ECF No. 108. In his notice, the defendant argues that the offense requires him to know that a person protected by the U.S. Secret Service was or would be temporarily visiting the restricted building or grounds. *Id.* The government thoroughly briefed its opposition to this argument in several cases, including, but not limited to: *United States v. Couy Griffin*, 21-cr-92-TNM, which is currently on appeal before the Circuit, 22-3042 (oral argument heard on December 4, 2023); *United States v. Carnell et al*, 23-cr-139-BAH, ECF Nos. 72 and 82. Additionally, this Court is familiar with the government's responses to both *Elizalde* and *Groseclose* – two adverse opinions by other district court judges on this issue. *See United States v. GossJankowski*, 21-cr-123 (PLF), ECF Nos. 195 at 28-33, 202 at 2-14. The government adopts, by reference, the arguments made in those cases. To the extent the Court requires an Attachment documenting those responses, or such responses to be made directly in this case, the government will, of course, comply.

For these same reasons as stated in *Carnell* and *GossJankowski*, the Court should deny the defendant's request to add this language to the bench instructions.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052


By:   */s/ ANDREW HAAG*
        Andrew Haag
        Assistant United States Attorney
        MA Bar No. 705425
        601 D Street NW, Washington, DC 20530
        Tel. No.: (202) 252-7755
        Email: andrew.haag@usdoj.gov

        */s/ REBEKAH LEDERER*
        Rebekah Lederer
        Assistant United States Attorney
        Pennsylvania Bar No. 320922
        601 D Street NW, Washington, DC 20530
        Tel. No.: (202) 252-7012
        Email: rebekah.lederer@usdoj.gov