UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER WARNAGIRIS, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0382 (PLF) |

## SCHEDULING ORDER

On December 21, 2023, the Court vacated the trial and pretrial conference dates previously set forth. The Court directed the parties to submit a joint status report indicating their availability for a bench trial later this year, which the parties submitted on January 16, 2024. See Joint Status Report [Dkt. No. 109]. In view of the parties' representations in the Joint Status Report [Dkt. No. 109], it is hereby

ORDERED that time shall be excluded under the Speedy Trial Act until April 1, 2024; it is

FURTHER ORDERED that the parties shall file any written submissions addressing outstanding legal issues on or before March 11, 2024; and it is

FURTHER ORDERED that the remaining pretrial proceedings will be governed by the following schedule:

| Date | Description |
| --- | --- |
| March 25, 2024, at 10:00 a.m. | The final pretrial conference will take place via Zoom video teleconference. |
| April 1, 2024, at 10:00 a.m. | A bench trial will commence in Courtroom 29 with opening statements and will continue each weekday at 10:00 a.m. until concluded. |

SO ORDERED.

*Paul L. Friedman* (signature)

PAUL L. FRIEDMAN
United States District Judge

DATE: 1/17/24