UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No: 1:21-cr-0382-PLF |
| ) | |
| CHRISTOPHER WARNAGIRIS ) | Trial: April 1, 2024 |
| ) | |
| Defendant. ) | |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant hereby notifies the Court of recent supplemental authority from the United States District Court for the District of Columbia in support of arguments made by the Defense in Section III of ECF 102 and Section II of ECF No. 71.

In the January 6 case of *United States v. Samsel, Et. Al.*, Case No. 21-cr-537 (D.D.C. Feb. 2, 2024), Judge Cobb ruled that 18 U.S.C. § 1752 requires the Government to prove at trial that a *defendant knew* that a person protected by the Secret Service was or would be temporarily visiting the Capitol on the day he is alleged to have violated this code section; it is not sufficient to only prove that the Vice President was actually present. *See* Attached Transcript. Consequently, Judge Cobb found the defendants Not Guilty of violating § 1752.

Judge Cobb joins Judges Cooper, Lamberth, and Nichols in reaching the same conclusion.

This supplemental authority supports the Defendant's request for how Counts under 18 U.S.C. § 1752 should be interpreted.

Respectfully submitted,
By Counsel:

/s/

_____

Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

### **CERTIFICATE OF SERVICE FOR CM/ECF**

     I hereby certify that on February 9, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/

_____

Marina Medvin, Esq.