# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CRIMINAL CASE NO: 1:21-CR-0382-PLF |
| ) | |
| **CHRISTOPHER WARNAGIRIS** ) | TRIAL: APRIL 1, 2024 |
| ) | |
| DEFENDANT. ) | |

## DEFENSE EXHIBIT LIST

In the trial of *United States v. Christopher Warnagiris*, the Defendant plans to introduce the following exhibits, listed in no particular order:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Defense Video 000A | Admitted Exhibit from US v. DaSilva - Restricted Area signs being removed |
| Defense Image 000B | Admitted Exhibit from US v. DaSilva - Time that restricted area signs were removed |
| Defense Video 001 | How protestors got up Capitol steps |
| Defense Video 002 | Protestors on Capitol steps |
| Defense Video 003 | Protestors on Capitol steps |
| Defense Video 004 | Protestors on Capitol steps |
| Defense Video 005 | Protestors on Capitol steps |
| Defense Video 006 | FreedomNews.TV video |
| Defense Video 007 | RMG News video |
| Defense Video 008 | Security Camera - Capitol Rotunda door |
| Defense Video 009 | Security Camera - Capitol Rotunda door |
| Defense Video 010 | Security Camera - Capitol Rotunda door |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Defense Video 011 | Security Camera - Capitol Rotunda door |
| Defense Video 012 | Security Camera - Capitol Rotunda central room |
| Defense Video 013 | Security Camera - Capitol Rotunda central room |
| Defense Video 014 | Security Camera - Statuary Hall |
| Defense Video 015 | Security Camera - Statuary Hall |
| Defense Video 016 | Security Camera - Statuary Hall |
| Defense Video 017 | Security Camera - Statuary Hall |
| Defense Video 018 | Security Camera - Statuary Hall |
| Defense Video 019 | Security Camera - Statuary Hall |
| Defense Video 020 | Security Camera - Statuary Hall connector |
| Defense Video 021 | Security Camera - Statuary Hall connector |
| Defense Video 022 | Security Camera - Main door hall near H208 |
| Defense Video 023 | Protestors in Statuary Hall connector |
| Defense Video 024 | Protestors in Statuary Hall connector |
| Defense Video 025 | NY Times January 6 compilation |
| Defense Video 026 | Impeachment managers showing January 6 footage |
| Defense Video 027 | Social media video of Capitol Rotunda door |
| Defense Video 028 | Propublica video of Capitol Rotunda door |
| Defense Video 029 | Propublica video of Statuary Hall connector |
| Defense Video 030 | FreedomNews.TV Compilation from J6 |
| Defense Video 031 | Young Patriot Society - Interviews with Protestors |
| Defense Video 032 | Elad - Interviews with protestors |
| Defense Video 033 | Capitol exterior |
| Defense Video 034 | Capitol exterior |
| Defense Video 035 | Capitol exterior |
| Defense Video 036 | Capitol steps exterior |
| Defense Video 037 | Capitol steps exterior |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Defense Video 038 | Capitol steps exterior |
| Defense Video 039 | Capitol steps exterior |
| Defense Video 040 | Dunfee and Officer Warner |
| Defense Video 041 | Banned.video Alex Jones outside the Capitol |
| Defense Video 042 | Videographer's trip through the Capitol |
| Defense Video 043 | Capitol Police bodycam footage (~2:38 - 3:20pm) |
| Defense Video 044 | Capitol Police bodycam footage (~3:19 - 3:24pm) |
| Defense Video 045 | Capitol Police bodycam footage (~3:06 - 3:13pm) |
| Defense Video 046 | Capitol Rotunda entrance interior, 2nd floor |
| Defense Video 047 | Capitol Rotunda entrance interior |
| Defense Video 048 | Capitol Rotunda entrance interior |
| Defense Video 049 | Capitol Rotunda interior |
| Defense Video 050 | Capitol Rotunda interior |
| Defense Video 051 | Capitol Rotunda interior |
| Defense Video 052 | Compilation of events throughout the day of Jan 6 |
| Defense Video 053 | Livestream recording of "Right Now with Ann Vandersteel" streamed Jan 06 2021 |
| Defense Video 054 | RMG News Compilation of events throughout the day of Jan 6 |
| Defense Video 055 | Warnagiris Visual Aid Compilation |
| Defense PDF 056 | Statement of Facts from US v. Kaleb Dillard, Case 1:23-cr-00049-JMC, Document 1-1, Filed 08/19/22 |
| Defense PDF 057 | Statement of Facts from United States v. George Tenney, Case 1:21-cr-00640-TFH, ECF. No 49 (D.D.C. June 21, 2022). |
| Defense Image 058 | Screenshot that FBI Agent Steven Weatherhead showed to USCP Sgt. Anthony Warner |
| Defense Image 059 | Tenney opening door |
| Defense Image 060 | Tenney opening door |
| Defense Image 061 | Tenney opening door |
| Defense Image 062 | Tenney opening door |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Defense Image 063 | Tenney opening door |
| Defense Video 064 | Visual Forensics January 6 compilation |

 

Although the Defense has used good faith and best efforts to compile a list of evidentiary exhibits that he may choose to admit at trial and considers this list to be over-inclusive, the Government's case-in-chief may require the Defendant to admit additional evidence not on this list. Accordingly, the Defendant invokes his right to a complete defense and to present evidence in his defense not yet on this list, pursuant to the Fifth Amendment. *See California v. Trombetta*, 467 U.S. 479, 485 (1984) ("criminal prosecutions must comport with prevailing notions of fundamental fairness. We have long interpreted this standard of fairness to require that criminal defendants be afforded a meaningful opportunity to present a complete defense…"); *Johnson v. United States*, 960 A. 2d 281 (D.C. Cir. 2008) (a trial court cannot apply an arbitrary rule to preclude a defendant from offering relevant evidence).

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**<u>CERTIFICATE OF SERVICE FOR CM/ECF</u>**

    I hereby certify that on Friday, March 22, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____

Marina Medvin, Esq.
