UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-382 (PLF) |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' NOTICE OF SUPPLEMENAL AUTHORITY REGARDING THE CONSTRUCTION OF 18 U.S.C. § 1752**

The government hereby submits this notice of supplemental authority to inform the Court of an oral ruling made by the Honorable Dabney L. Friedrich on March 14, 2024, in *United States v. Chambers*, No. 23-cr-300 (DLF), which adopted the government's position that the requirement, under 18 U.S.C. § 1752, that "the President or other person protected by the Secret Service is or will be temporarily visiting," *id.* § 1752(c)(1)(B), is "jurisdictional" for *mens rea* purposes. The government files this notice in light of the notices filed by the defendant on January 6, 2024, ECF No. 108, and February 9, 2024, ECF No. 114.

In her ruling, Judge Friedrich concluded that the "knowingly" *mens rea* in 18 U.S.C. § 1752(a)(1) and (2) does not require knowledge of a Secret Service protectee's presence within the restricted area. Judge Friedrich found that "the fairest, most reasonable reading of the statute is that the statutory provision regarding the Secret Service protectee, here the vice president, is a jurisdictional element and therefore is exempt from the mens rea requirement that the defendant act knowingly with regard to that provision." *Chambers* 3/14/24 Tr. 13. In reaching that result, Judge Friedrich was "in agreement with" *United States v. Carnell*, No. 23-139 (BAH), 2024 WL 639842 (D.D.C. Feb. 15, 2024). *Chambers* 3/14/24 Tr. 13.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Andrew Haag*
ANDREW HAAG
Assistant United States Attorney
Massachusetts Bar No. 705425
601 D Street NW
Washington, D.C. 20530
(202) 252-7755
andrew.haag@usdoj.gov

*/s/ Rebekah Lederer*
REBEKAH LEDERER
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D Street NW
Washington, D.C. 20530
(202) 252-7012
rebekah.lederer@usdoj.gov