# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-382 (PLF) |
| : | |
| CHRISTOPHER WARNAGIRIS, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S SUPPLEMENT TO DEFENDANT'S MOTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to the defendant's motion for exculpatory evidence. ECF No. 62.

Based on the unique facts of this case and in furtherance of the Court's inquiry during the March 25, 2024 Hearing on Defendant's Motion for Exculpatory Evidence, the government requested a search of Sergeant Warner in a FBI repository of video and photographic evidence depicting rioters in and around the U.S. Capitol on January 6, 2021. The repository search was conducted on or about March 25, 2024, and reflects the database as it existed on that date. This search is the _same_ as that which is routinely employed to identify images of suspects and defendants in the same repository. Indeed, it is the same search conducted in this case of the defendant.

The search, however, did not lead to the identification of any evidence depicting Sergeant Warner. The government does not represent that the repository lacks any such media of Sergeant Warner. Rather, as previously represented, the technological search functions are imperfect and complex. Further, the database does not encompass all of the evidence compiled in the January 6th

investigations. Nonetheless, this search is consistent with the defendant's original request seeking a "face-trace list of public domain photos and videos." [1] ECF No. 62 at 3.

By conducting this search, the government does not withdraw its objections to the scope of the defendant's request and the methods used to implement the request. The government continues to object to an overly broad request for such material that is untethered to the defendant's conduct, actions, knowledge, or intent, and may seek additional briefing, including motions to reconsider. The commission of this search, however, is intended to try to resolve such ongoing, ancillary litigation.

Based on the foregoing reasons, the government respectfully requests that the Court treat as moot the defendant's motion as it relates to his request for a "face-trace" list.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 481052

By:   */s/ ANDREW HAAG*
        Andrew Haag
        Assistant United States Attorney
        Massachusetts Bar No. 705425
        601 D Street NW, Washington, DC 20530
        Tel. No.: (202) 252-7755
        Email: andrew.haag@usdoj.gov

        */s/ REBEKAH LEDERER*
        Rebekah Lederer
        Assistant United States Attorney
        Pennsylvania Bar No. 320922
        601 D St. N.W, Washington, DC 20530

---

[1] We adopt the use of the defendant's terminology and nomenclature for the limited purpose of this response for ease of reference. But the defendant's motion is still plagued by an apparent and ongoing misunderstanding of the nature of the discovery provided to him, as well as the tools and methods used to search such discovery.

Tel. No.: (202) 252-7012
Email: rebekah.lederer@usdoj.gov