**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-382 (PLF)** |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO**
**RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendant of its intention to offer

evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they
> require no extrinsic evidence of authenticity in order to be
> admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage
> Medium, or File.  Data copied from an electronic device, storage
> medium, or file, if authenticated by a process of digital
> identification, as shown by a certification of a qualified person that
> that complies with the certification requirements of Rule 902(11)
> or (12).  The proponent also must meet the notice requirements of
> Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer

during its case-in-chief pursuant to Rule 902(14):

| EXHIBITS | DESCRIPTION |
|----------|-------------|
| 602-602B | Cellebrite Report and Contents from Extraction of evidence item 1B5 (Apple iPhone) |
| 603-632 | Photographs from 1B5 |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel. The exhibits have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), which is attached hereto as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Rebekah E. Lederer*
REBEKAH E. LEDERER
Assistant United States Attorney
Bar No. PA 320922
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7012
Rebekah.Lederer@usdoj.gov

*/s/ Andrew Haag*
ANDREW HAAG
Assistant United States Attorney
D.C. Bar Number 1008904
601 D Street NW
Washington, D.C. 20530
(202) 252-7755
andrew.haag@usdoj.gov