## Haag, Andrew (USADC)

| | |
|---|---|
| **From:** | Haag, Andrew (USADC) |
| **Sent:** | Wednesday, April 3, 2024 8:59 PM |
| **To:** | Michaela Olson |
| **Cc:** | LEDERER, REBEKAH (USADC); Marina Medvin, Esq. |
| **Subject:** | Government's response regarding the admissibility of the statements in Gov't Ex. 602A |

Good evening Ms. Olson,

On the issue of the statements contained in Ex. 602A, the government position is that the defendant's own messages are admissible as non-hearsay under FRE 801(d)(2). As for the messages sent by the other individuals in the chat, the relevant messages are admissible for non-hearsay purposes, including to show effect on the listener (i.e., the defendant) and to provide context to the defendant's own statements. This position largely reflects the one detailed by the court in *United States v. Brody*. 2023 WL 2541118 at *9-*11 (N.D. Cal. Mar. 16, 2023); *see also United States v. Gibbs*, 680 F. App'x. 184, 186 (4th Cir. 2017) (holding that the district court did not abuse its discretion to admit text messages sent to the defendant's cell phone because "the incoming messages were admissible to show their effect on Gibbs."); *United States v. Pagan*, 2022 WL 7811971 at *6-*7 (11th Cir. Oct. 14, 2022) (same).

Insofar as the defendant contests the relevance of the text messages sent to him by other individuals in the group chat, the government intends to introduce evidence from Ex. 602A that demonstrates (1) that the defendant in fact read the messages included in Ex. 602A, (2) the time at which he read them, and (3) how long after he read the messages that he sent a response.

For example, on page 5 of the exhibit (which is page 52 of the full report), the message indicates that it was sent to the defendant at "12/14/2020 7:33:17 PM(UTC+0)." Directly above this time stamp, the report indicates that the message was "Read" at "12/14/2020 7:33:28 PM(UTC+0)." The defendant then responded with his own message at "12/14/2020 7:36:20 PM(UTC+0)." This evidence would demonstrate that the defendant read the text message 11 seconds after he received it. He then responded to it approximately 3 minutes after that.

Thank you,

_____

**Andrew S. Haag**
Assistant United States Attorney, Criminal Division
U.S. Attorney's Office for the District of Columbia
601 D Street NW, Washington, DC 20530
Desk: 202-252-7755
Cell: ███