MEDVIN LAW

Marina Medvin, Esq. <marina@medvinlaw.com>

---

## Re: Government's response regarding the admissibility of the statements in Gov't Ex. 602A
1 message

---

**Marina Medvin, Esq.** <marina@medvinlaw.com>                    Wed, Apr 3, 2024 at 10:19 PM
To: Michaela Olson <██████████████████████████>
Cc: "LEDERER, REBEKAH (USADC)" <████████████████████████>, Theodore Cooperstein
<ted@msappellatelawyers.com>

Dear Michaela,

As for the Government's contention that the word "read" in the generated report means that the
defendant actually read it -- that is incorrect and highly misleading. Agent Weatherhead is expected to
testify that the word "read" as used in the report means opened by a phone, but it does not indicate
that a defendant actually read the message. The usage of the word is misleading.

As for case law on point and responsive to the Court's request, here is the only case that I was able to
find:

> *United States v. Brody*, 3:22-cr-00168-WHO (N.D. Cal. Mar. 16, 2023) (discussing limited
> admissibility of group chat messages).

> *United States v. Roebuck*, Criminal Action No. 23-cr-00095-CMA (D. Colo. Feb. 8, 2024)
> (discussing admissibility of evidence in third party posts in Facebook groups, but the analysis
> appears to be case-specific to Rule 404(b) evidence).

As for the two additional cases that the Government cited:

- *United States v. Pagan*, No. 21-12328 (11th Cir. Oct. 14, 2022) - text messages between a drug
  user and dealer, not group chats
- *United States v. Gibbs*, No. 16-4129 (4th Cir. Feb. 24, 2017) - does not discuss group messages
  either


Respectfully,

**Marina Medvin, Esq.**
*Owner/Senior Trial Attorney*

 MEDVIN LAW
DAUNTLESS DEFENSE TRUSTED INSIGHT

**MEDVIN LAW** PLC
916 Prince Street
Alexandria, VA 22314
(888) 886-4127 (Ofc)
████████████ (Dir)
(703) 870-3300 (Fax)
www.medvinlaw.com

NOTICES:

*This email may contain privileged, confidential, or legally exempt information. If you are not the intended recipient, please note that any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, kindly reply to inform us of the mistake. A communication or a reply from an attorney does not signify the establishment of an attorney-client relationship.*