# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-382 (PLF) |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's April 8, 2024 Minute Order, the parties have met and conferred, and propose the following dates for a post-trial briefing schedule:

| Date | Description |
|---|---|
| April 12, 2024 | The defendant shall file any supplemental briefings on the matters mentioned in the Court's April 8, 2024 Minute Order. |
| April 26, 2024 | The government shall file its responses, if any, to the above issues as well as the defendant's oral motion to dismiss based on *Gaither v. United States*, 413 F.2d 1061 (D.C. Cir. 1969). |
| May 17, 2024 | The defendant shall file his replies, if any, to the above issues. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

For the Defendant,

*/s/ Marina Medvin*               By:   */s/ ANDREW HAAG*
Marina Medvin, Esq.                     Andrew Haag
MEDVIN LAW PLC                          Assistant United States Attorney
916 Prince Street                       MA Bar No. 705425
Alexandria, Virginia 22314              601 D Street NW, Washington, DC 20530
Tel: 888.886.4127                       Tel. No.: (202) 252-7755
Email: contact@medvinlaw.com            Email: andrew.haag@usdoj.gov

*/s/ REBEKAH LEDERER*
Rebekah Lederer
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St. N.W, Washington, DC 20530
Tel. No.: (202) 252-7012
Email: rebekah.lederer@usdoj.gov