UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-382 (PLF) |
| | : | |
| CHRISTOPHER WARNAGIRIS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

The United States of America by the undersigned counsel, respectfully submits this response to Defendant Warnagiris' motion to continue the December 11, 2024 hearing date (ECF No. 160). Though the government is prepared to proceed on December 11, 2024, we have no objection to Defendant Warnagiris' motion to continue. Working from the list of dates provided by Defendant Warnagiris, the government's preferred dates for January 2025 are January 15, 27, or 29.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ REBEKAH LEDERER
Rebekah Lederer
Assistant United States Attorney
PA Bar No. 320922
601 D Street NW, Washington, DC 20530
Tel. No.: (202) 252-7012
Email: rebekah.lederer@usdoj.gov

/s/ ANDREW HAAG
Andrew Haag
Trial Attorney
MA Bar No. 705425
Email: andrew.haag2@usdoj.gov