UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0382 (PLF) |
| ) | |
| CHRISTOPHER WARNAGIRIS, ) | |
| ) | |
| Defendant. ) | |

ORDER

In this criminal case, defendant Christopher Warnagiris has argued that many of the counts upon which he was indicted are lesser-included offenses of one another. Memorandum of Law on 18 U.S.C. § 231(a)(3) as a Lesser Included Offense of 18 U.S.C. § 111(a)(1) [Dkt. No. 143]; Motion for Rule 31(c) Instruction [Dkt. No. 144]. The government disagrees. Government's Response and Opposition to the Defendant's Memorandum of Law (ECF No. 143) and Rule 31(c) Motion (ECF No. 144) [Dkt. No. 146]. In view of the passage of time since the parties' filings, the Court directs the parties to file supplemental briefs of no more than eight pages each advising the Court as to any recent decisions of judges in this District or from the United States Court of Appeals for the District of Columbia Circuit that may inform the Court's consideration of this issue. Accordingly, it is hereby

ORDERED that the government shall file a supplemental brief limited to this issue on or before December 6, 2024; and it is

FURTHER ORDERED that the defendant shall file a supplemental brief limited to this issue on or before December 16, 2024.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/22/24