UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | Case No. 1:21-cr-382 (PLF) | |
| | : | | |
| CHRISTOPHER WARNAGIRIS, | : | | |
| | : | | |
| Defendant. | : | | |

**GOVERNMENT'S NOTICE OF DISCOVERY**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of discovery. On November 19, 2024, Defendant Warnagiris filed a motion for discovery and enforcement of pretrial orders. ECF No 161. On November 25, 2024, the government uploaded, to USAfx, material relating to the anticipated witness. Counsel for Warnagiris was notified of this upload the next day. The upload included exhibits admitted at trial (GEX 701-711) and material related to the witness and the witness' prior testimony in cases involving violations of 18 U.S.C. §1512.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    */s/ REBEKAH LEDERER*
Rebekah Lederer
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St. N.W, Washington, DC 20530
Tel. No.: (202) 252-7012
Email: rebekah.lederer@usdoj.gov

*/s/ ANDREW HAAG*
Andrew Haag
Trial Attorney
Massachusetts Bar No. 705425
Email: andrew.haag2@usdoj.gov