UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 1:21-CR-00382-PLF |
| ) | |
| CHRISTOPHER WARNAGIRIS, ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION TO CONTINUE**

Undersigned counsel has been ill over the past few days and is not recovering expediently enough to appear at the evidentiary hearing scheduled for tomorrow, January 15, 2025. Under the circumstances, counsel is necessitated to seek a continuance.

The Defendant, Mr. Warnagiris, was first notified by undersigned counsel of the illness on Monday, yesterday, and was updated today that a continuance will need to be sought. He confirmed that he has no objection to the continuance request. Government counsel was notified today of undersigned counsel's illness and the need for a continuance, and stated that the Government will not take a position on the request.

The parties conferred and suggest the following available dates for the court to re-schedule the evidentiary hearing in the event that this motion is granted: January 31, 2025 or February 3, 2025. In the event that neither date works for the Court, the parties can try to find alternate dates in February or March. Moreover, the Government proposed a stipulation for the testimony of the witness that the Court has allowed the Government to call and for the Defense

to examine, which might yield for a shorter hearing on the next date *if there is an agreement reached to present stipulations instead of a hearing*.

Accordingly, Defense Counsel is seeking a continuance to January 31, 2025 or February 3, 2025, as necessitated by illness.

Respectfully submitted,

By Counsel:

/s/
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on January 14, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.