UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0382 (PLF) |
| ) | |
| CHRISTOPHER WARNAGIRIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court previously granted defendant's Motion to Continue [Dkt. No. 171] and vacated the evidentiary hearing scheduled for January 15, 2025 at 10:00 a.m., noting that it would issue a separate order rescheduling the hearing. See Minute Order of January 14, 2025. The parties have also proposed a possible stipulation as to the testimony of the government's witness. The Court would welcome such a stipulation and urges the parties to meet and confer on this issue in advance of the hearing. Accordingly, it is hereby

ORDERED that the parties shall appear for an evidentiary hearing at 10:00 a.m. on February 27, 2025 in Courtroom 29 of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/15/25