UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0382 (PLF) |
| ) | |
| CHRISTOPHER WARNAGIRIS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) [Dkt. No. 173], it is hereby

ORDERED that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) [Dkt. No. 173] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the case is hereby DISMISSED without prejudice; and it is

FURTHER ORDERED that all future deadlines and court appearances are VACATED.

The Clerk of Court is directed to terminate the case. An opinion will follow.

SO ORDERED.

Date: 2025.01.22
15:27:56 -05'00'

PAUL L. FRIEDMAN
United States District Judge

DATE: January 22, 2025